# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0650. ASHLEY WRIGHT et al v. HADC PARK AT 500, LLC.**

HADC Park at 500, LLC filed a dispossessory action in magistrate court against Ashley Wright and Daina Richardson ("defendants"). After the magistrate court entered judgment and a writ of possession in favor of HADC Park, defendants appealed to the superior court. HADC Park filed a motion to dismiss, which the superior court granted. In doing so, the superior court again issued a writ of possession in favor of HADC Park. Defendants then filed a notice of appeal directed to this Court.[1] We, however, lack jurisdiction.

Appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because defendants seek to appeal a decision of the superior court reviewing a decision of the magistrate court, they were required to file an application for discretionary review. Their failure to do so deprives us of jurisdiction over this direct appeal.

_____

[1] In Case No. A26A0713, defendants also seek to appeal the superior court's denial of their motion for new trial.

Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__11/21/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*